IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR125 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES HASHBERGER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant James Hashberger (Hashberger) for a continuance (Filing No 27). Hashberger is joined with defendant Jura. Jura is scheduled for a motion hearing on June 6, 2005. Accordingly, trial will not be rescheduled until the disposition of Jura's motion to suppress. Hashberger's motion to continue (Filing No. 27) is denied as moot.

**IT IS SO ORDERED.**

DATED this 31st day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge